UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE                                                    )
                                                         )
MICHAEL RAYMOND,                                         )    CASE NO. 04-63560-JPK-13
MARY KAY RAYMOND                                         )
                                                         )
                                                         )
                    Debtor(s)                            )

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of U.S. Bank N.A., (hereinafter referred to as "U.S. Bank N.A."), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, and having found that the Debtor(s) herein failed to make payments pursuant to a proposed Chapter 13 Plan, being in material default and failing to adequately protect movant's interest, and having found that said failure to make payments constitutes sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon Real Estate filed by U.S. Bank N.A. be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in Lake County, Indiana:

LOT 574, LAKES OF THE FOUR SEASON, UNIT NO. 2, AS SHOWN ON PLAT IN PLAT BOOK 37, PAGE 76, IN THE RECORDER'S OFFICE OF LAKE COUNTY, INDIANA.

More commonly known as 4162 Oakmont Ct, Crown Point, IN 46307-8958

ORDERED AND ADJUDGED: That the automatic stay as it relates to the property commonly known as 4162 Oakmont Ct, Crown Point, IN 46307-8958 is vacated.

DATED: Feb. 28, 2011

J. PHILIP KLINGEBERGER, JUDGE
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

JOHN E. JOSEPH
FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

DISTRIBUTION:

Michael Raymond and Mary Kay Raymond
Debtor
4162 Oakmont Ct
Crown Point, IN 46307-8958

Harry J Zembillas
Attorney at Law
301 South Main Street
Crown Point, IN 46307

Paul R. Chael
Trustee
401 West 84th Drive  Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601